**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DRAMETTA TODD, ) | |
| individually and on behalf of a class, ) | |
| ) | 10 C 5598 |
| Plaintiffs, ) | |
| ) | Judge Chang |
| v. ) | |
| ) | Magistrate Judge Keys |
| TARGET CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**AGREED MOTION FOR THE ENTRY OF A PROTECTIVE ORDER**

NOW COME Plaintiff Drametta Todd ("Plaintiff") by and through her counsel and Defendant Target Corporation ("Defendant") by and through its counsel, and motions this Honorable Court for the entry of the agreed proposed Protective Order, a copy of which is attached as Exhibit A.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 560
Chicago, Illinois 60601
(312) 238-9820 (TEL)